**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:  THOMAS LEE EUBANKS                                         CHAPTER 13
                                                                                            CASE NO. **10-61187-WA3-13**
SS# XXX-XX-1694

       Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Automatic Payment From Employer)**

The above-named debtor(s) filed a Chapter 13 petition on or about **APRIL 23, 2010**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **MARTHA JEFFERSON HOSPITAL, ATTN: PAYROLL/HUMAN RESOURCES, 459 LOCUST AVENUE, CHARLOTTESVILLE VA  22902,** Employer of Debtor, is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, *HERBERT  BESKIN, TRUSTEE, P.O. BOX 1961, MEMPHIS TN  38101, (434) 817-9913*, commencing with the next pay period, the sum of **$162.00/BI-WEEKLY**, on or before **APRIL 30, 2010.**

If payment herein is being made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee.  The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED:  4/26/10

Prepared by:

/s/ Robert S. Stevens
_____                    _____
Robert S. Stevens                                                        William E. Anderson
                                                                                       U. S. Bankruptcy Judge

*DEBTOR'S NAME AND CASE NUMBER MUST BE ON ALL PAYMENTS*

Form T-2